JKB/cmj/643451 10124-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INLAND MORTGAGE CAPITAL CORPORATION, ) ) ) | |
| Plaintiff, ) ) | Case No. 11-CV-6482 |
| v. ) ) | Hon. Milton I. Shadur |
| CHIVAS RETAIL PARTNERS, LLC, TIM J. DOLLANDER, individually and as Trustee of the TJD SEPARATE PROPERTY TRUST, and WALTER L. BROWN, JR., individually and as Trustee of the WALTER L. BROWN, JR. REVOCABLE TRUST, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO REMOVE DOCUMENT #81 FROM THE CM/ECF DOCKETING SYSTEM, INSTANTER

Defendants, Chivas Retail Partners, LLC, Tim J. Dollander, individually and as Trustee of the TJD Separate Property Trust, and Walter L. Brown, Jr., individually and as Trustee of the Walter L. Brown, Jr. Revocable Trust (collectively, "Defendants"), by and through their attorneys, Tressler LLP, moves this Honorable Court to remove document #81 from the CM/ECF docketing system, instanter, and in support thereof state as follows:

1. On Friday June 19, 2015 at 6:08 p.m. CDT, Defendants inadvertently filed a Motion for Sanctions Against Plaintiff, listed as document #81.

2. This case has been closed since November 1, 2012.

WHEREFORE, Defendants Chivas Retail Partners, LLC, Tim J. Dollander, individually and as Trustee of the TJD Separate Property Trust, and Walter L. Brown, Jr., individually and as

Trustee of the Walter L. Brown, Jr. Revocable Trust, respectfully request this Court remove document #81 from the CM/ECF docketing system, instanter.

>
> CHIVAS RETAIL PARTNERS, LLC, TIM J. DOLLANDER, Individually and as Trustee of The TJD SEPARATE PROPERTY TRUST, and WALTER L. BROWN, JR., Individually and as Trustee of the WALTER L. BROWN, JR. REVOCABLE TRUST
>
> By: /s/James K. Borcia
>  One of Their Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000